# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
HARPER, ROLAND § Case No. 09-70607
AQUIRRE HARPER, DONNA §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
      . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of                  $

      Funds were disbursed in the following amounts:

      Payments made under an interim
      disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-70607 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HARPER, ROLAND | Date Filed (f) or Converted (c): | 02/24/09 (f) |
|  | AQUIRRE HARPER, DONNA | 341(a) Meeting Date: | 04/01/09 |
| For Period Ending: | 01/18/12 | Claims Bar Date: | 08/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence, 1391 Westbourne Parkway, Algonquin, IL | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account #5308378396, Bank of America | 260.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings account #4404466536, Bank of America | 575.00 | 0.00 | DA | 0.00 | FA |
| 5. Miscellaneous used items of furniture and furnishi | 750.00 | 0.00 |  | 6,500.00 | FA |
| 6. Miscellaneous casual and business apparel Location | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Term life insurance policy, American Family Life I | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Bert Bell/Pete Rozelle NFL Player Retirement Plan | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 9. IRA with Fidelity Investment Company | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 10. IRA with Fidelity Investment Company | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2003 Lincoln Navigator with 100,000 miles Location | 6,600.00 | 0.00 | DA | 0.00 | FA |
| 12. 2007 Harley-Davidson Ultra Classic Location: 1391 | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.42 |  | 0.42 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $412,725.00           $0.42                 $6,500.42           $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recently submitted the final report for filing.

Initial Projected Date of Final Report (TFR): 12/01/11     Current Projected Date of Final Report (TFR): 12/01/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-70607 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | HARPER, ROLAND | | Bank Name: | BANK OF AMERICA, N.A. |
| | AQUIRRE HARPER, DONNA | | Account Number / CD #: | *******3736  MONEY MARKET |
| Taxpayer ID No: | *******9178 | | | |
| For Period Ending: | 01/18/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/29/11 | 5 | ROLAND HARPER<br>1391 WESTBOURNE PKWY<br>ALGONQUIN, IL  60102-6052 | | 1129-000 | 6,500.00 | | 6,500.00 |
| 05/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,500.05 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | 2300-000 | | 5.56 | 6,494.49 |
| 06/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,494.54 |
| 07/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,494.59 |
| 08/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,494.65 |
| 09/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,494.70 |
| 10/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,494.76 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.27 | 6,486.49 |
| 11/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,486.54 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.00 | 6,478.54 |
| 12/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,478.59 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.99 | 6,470.60 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,500.42 | 29.82 | 6,470.60 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,500.42 | 29.82 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,500.42 | 29.82 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******3736 | 6,500.42 | 29.82 | 6,470.60 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,500.42 | 29.82 | 6,470.60 |
| | ============ | ============ | ============ |

Page Subtotals     6,500.42     29.82

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-70607 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | HARPER, ROLAND | | Bank Name: | BANK OF AMERICA, N.A. |
| | AQUIRRE HARPER, DONNA | | Account Number / CD #: | *******3736 MONEY MARKET |
| Taxpayer ID No: | *******9178 | | | |
| For Period Ending: | 01/18/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 18, 2012 |
|---|---|---|---|---|---|---|

Case Number: 09-70607  
Debtor Name: HARPER, ROLAND  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003 | M2 Logistics, Inc.<br>c/o Paul Anderson<br>2413 Hazelwood Lane<br>Green Bay, WI 54304 | Unsecured | | $0.00 | $16,484.99 | $16,484.99 |
| 000004 | Osco, Inc.<br>P.O. Box 70<br>Lemont, IL 60439-0070 | Unsecured | | $0.00 | $9,287.17 | $9,287.17 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $5.56 | $5.56 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $2,000.00 | $2,000.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $363.48 | $363.48 |
| 000001<br>070<br>7100-00 | Bank of America<br>c/o Sheryl A Fyock<br>55 West Monroe St., Suite 1100<br>Chicago IL 60603 | Unsecured | | $0.00 | $580,099.53 | $580,099.53 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $4,414.23 | $4,414.23 |
| 000005<br>070<br>7100-00 | Vulcan Material<br>1000 East Warrenville Road<br>Suite 100<br>Naperville, IL 60563 | Unsecured | | $0.00 | $29,762.94 | $29,762.94 |
| 000006<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $6,785.86 | $6,785.86 |
| 000007<br>070<br>7100-00 | Pirtek Hose & Assemblies<br>1499 Tonne Road<br>Elk Grove Village, IL 60007 | Unsecured | | $0.00 | $896.00 | $896.00 |
| 000008<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $2,157.91 | $2,157.91 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 18, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 09-70607<br>Debtor Name: HARPER, ROLAND | | | Claim Type Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000009<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,117.67 | $1,117.67 |
| 000010<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,340.87 | $1,340.87 |
| 000011<br>070<br>7100-00 | James T. Rohlfing & Associates, P.C.<br>211 W. Wacker Drive, Suite 1200<br>Chicago, IL 60606 | Unsecured | | $0.00 | $17,193.91 | $17,193.91 |
| | Case Totals: | | | $0.00 | $671,910.12 | $671,910.12 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70607  
Case Name: HARPER, ROLAND  
            AQUIRRE HARPER, DONNA  
Trustee Name: DANIEL M. DONAHUE  

Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

Case 09-70607    Doc 82    Filed 01/19/12    Entered 01/19/12 13:38:21    Desc Main
Document      Page 9 of 10

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bank of America | $ | $ | $ |
| 000002 | American InfoSource LP as agent for | $ | $ | $ |
| 000005 | Vulcan Material | $ | $ | $ |
| 000006 | Chase Bank USA NA | $ | $ | $ |
| 000008 | GE Money Bank | $ | $ | $ |
| 000009 | GE Money Bank | $ | $ | $ |
| 000010 | GE Money Bank | $ | $ | $ |
| 000011 | James T. Rohlfing & Associates, P.C. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE