UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| HARPER, ROLAND | § | Case No. 09-70607 |
| AQUIRRE HARPER, DONNA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/22/2012 in Courtroom 115,
      United States Courthouse
      211 S. Court St.
      Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: /s/ Daniel M. Donahue_____
                            Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
HARPER, ROLAND                §   Case No. 09-70607
AQUIRRE HARPER, DONNA         §
        §
    Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,500.42 |
| and approved disbursements of | $ | 29.82 |
| leaving a balance on hand of[1] | $ | 6,470.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,400.04 | $ 0.00 | $ 1,400.04 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 363.48 | $ 0.00 | $ 363.48 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,763.52 |
| Remaining Balance | | $ | 2,707.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 642,872.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bank of America | $ 580,099.53 | $ 0.00 | $ 2,442.75 |
| 000002 | American InfoSource LP as agent for | $ 4,414.23 | $ 0.00 | $ 18.59 |
| 000005 | Vulcan Material | $ 29,762.94 | $ 0.00 | $ 125.33 |
| 000006 | Chase Bank USA NA | $ 6,785.86 | $ 0.00 | $ 28.57 |
| 000008 | GE Money Bank | $ 2,157.91 | $ 0.00 | $ 9.09 |
| 000009 | GE Money Bank | $ 1,117.67 | $ 0.00 | $ 4.71 |
| 000010 | GE Money Bank | $ 1,340.87 | $ 0.00 | $ 5.64 |
| 000011 | James T. Rohlfing & Associates, P.C. | $ 17,193.91 | $ 0.00 | $ 72.40 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,707.08 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Daniel M. Donahue
                                  Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                                  Case No. 09-70607-MB
Roland Harper                                                           Chapter 7
Donna Aquirre-Harper
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez                 Page 1 of 3             Date Rcvd: Jan 20, 2012
                              Form ID: pdf006               Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2012.
db/jdb         Roland Harper,    Donna Aquirre-Harper,    1391 Westbourne Parkway,    Algonquin, IL 60102-6052
13562697       AT&T,    P.O. Box 8100,   Aurora, IL 60507-8100
13562695       Airgas,    P.O. Box 802588,    Chicago, IL 60680-2588
13562696      +American Contractors Indemnity Co.,    c/o Tressler Soderstrom, et al.,
                 233 S. Wacker Dr., Suite 2200,    Chicago, IL 60606-6399
13562698      +BAC Home loan Services LP,    7105 Corporate Dr,    Plano, TX 75024-4100
13562699      +BHFX, LLC,    80 West Seegers Road,    Arlington Heights, IL 60005-3917
14130572      +Bank of America,    c/o Sheryl A Fyock,    55 West Monroe St., Suite 1100,    Chicago IL 60603-5128
17313420       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13562700       Circuit City,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
13562701       CitiMortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
13562702      +Consruction & Gen'l. Laborers',    Dist. Counsel of Chicago,    999 McClintock Dr., Suite 300,
                 Burr Ridge, IL 60527-0824
13562705      +Digoivine Hnilo Hordan,    184 Shuman Boulevard,    Naperville, IL 60563-1219
13562706       Donna Aguirre-Harper,    1391 Westbourne Parkway,    Algonquin, IL 60102-6052
13562707      +E. Garza Paving, Inc.,    1110 Brookwood Street,    Bensenville, IL 60106-1702
13805080      +Elizabeth Mathieson,    Tressler, Soderstrom, Maloney & Priess L,    Sears Tower 22nd Floor,
                 233 S Wacker Dr,    Chicago, IL 60606-6306
13562709      +Finch & Barry Properties, L.L.C.,    1305 Wiley Road,    Suite 106,    Schaumburg, IL 60173-4347
13562711      +HCC Surety Group,    9841 Airport Boulevard,    9th Floor,    Los Angeles, CA 90045-5421
13562710      +Hard Rock Concrete Cutters, Inc.,    601 Chaddick Drive,    Wheeling, IL 60090-6053
13562694     ++IMPERIAL A I CREDIT COMPANIES INC,    101 HUDSON STREET,    34TH FLOOR,    JERSEY CITY NJ 07302-3905
               (address filed with court: AICCO, Inc.,    P.O. Box 9045,    New York, NY 10087-9045)
13562712       IUOE Local 150 Admin. Dues,    P.O. Box 94427,    Chicago, IL 60690-4427
13562714      +J.L. Simonelli & Sons Excavating,    1433 Raymond,    La Grange Park, IL 60526-1358
17623514      +James T. Rohlfing & Associates, P.C.,    211 W. Wacker Drive, Suite 1200,    Chicago, IL 60606-1379
13562715      +Jones & Co.,    1601 East Main Street,    Saint Charles, IL 60174-2387
13562717      +LaSalle Bank National Association,    c/o Sherl A. Fyock, Latimer LeVay,
                 55 W. Monroe St., Ste. 1100,    Chicago, IL 60603-5128
13562716      +Laborers' Pension and Welfare Funds,    11465 West Cermak Road,    Westchester, IL 60154-5771
13562718      +Local Union No. 150,    Interntl. Union Operating Engineers,    6200 Joliet Road,
                 Countryside, IL 60525-3992
13562719      +M2 Logistics, Inc.,    c/o Paul Anderson,    2413 Hazelwood Lane,    Green Bay, WI 54304-1905
13562720      +MBL Recycling, Inc.,    630 South Hicks Road,    Palatine, IL 60067-6944
13562722       McHenry County Collector,    Ware Road,    Room 106,    Woodstock, IL 60098
13562721      +McHenry County Collector,    Office of Assessments,    2200 N. Seminary Avenue,
                 Woodstock, IL 60098-2637
13562723       Meiers Platinum MC,    P.O. Box 960015,    Orlando, FL 32896-0015
13562724       Meyer Material Co.,    75 Remittance Drive,    Suite 3115,    Chicago, IL 60675-3115
13562725      +Midwest Operating Engineers,    Fringe Benefit Funds,    6150 Joliet Road,
                 Countryside, IL 60525-3956
13562726      +Noel Ramos Construction Co., Inc.,    143 Paramount Drive,    Wood Dale, IL 60191-1968
13562727       Osco, Inc.,    P.O. Box 70,    Lemont, IL 60439-0070
13562730      +PTK Pena, LLC,    177 Gregory M. Sears Drive,    Gilberts, IL 60136-4064
13562728      +Pirtek Hose & Assemblies,    1499 Tonne Road,    Elk Grove Village, IL 60007-5003
13562731      +Reliance Plumbing, Sewer & Drainage,    1848 Techny Court,    Northbrook, IL 60062-5474
13562732       Robert J. Heyne, Esq.,    Tressler, Soderstrom, et al.,    233 South Wacker Drive, 22nd Floor,
                 Chicago, IL 60606-6399
13562733       Rohar Enterprises, Inc.,    1391 Westbourne Parkway,    Algonquin, IL 60102-6052
13562734       Rohar Trucking, Inc.,    1391 Westbourne Parkway,    Algonquin, IL 60102-6052
13562735      +Rohlfing & Oberholtzer,    211 West Wacker Drive,    Suite 1200,    Chicago, IL 60606-1379
13562737      +Super Aggregate,    5435 Bull Valley Road,    Suite 330,    McHenry, IL 60050-7436
13562738       Target,    Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
13562739       The Hartford,    P.O. Box 2907,    Hartford, CT 06104-2907
13562740      +The Thollander Law Firm, Ltd.,    1048 Ogden Avenue,    Suite 200,    Downers Grove, IL 60515-2896
13562741       United Rentals,    P.O. Box 100711,    Atlanta, GA 30384-0711
13562742      +VEOLIA Environmental Services,    4612 West lake Street,    Melrose Park, IL 60160-2747
13562744      +VINAKOM,    860 Remington Road,    Schaumburg, IL 60173-4523
13562743      +Village of Schaumburg,    101 Schaumburg Court,    Schaumburg, IL 60193-1899
13562745      +Vulcan Material,    1000 East Warrenville Road,    Suite 100,    Naperville, IL 60563-2044
13562747      +Waterbury Lane, LLC,    133 East Schaumburg Road,    Schaumburg, IL 60194-3518
13562748      +West Side Tractor Sales,    1400 West Ogden Avenue,    Naperville, IL 60563-3964
13562749       Yellow Pages,    P.O. Box 111455,    Carrollton, TX 75011-1455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17247461       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 21 2012 04:23:45
                 American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
13562703      +E-mail/Text: sboren@cacliens.com Jan 21 2012 02:15:18       Contractors Adjustment Co.,
                 570 Lake Cook Road,    Suite 305,    Deerfield, IL 60015-4952
17572363       E-mail/PDF: gecsedi@recoverycorp.com Jan 21 2012 04:25:18       GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13562713       E-mail/PDF: gecsedi@recoverycorp.com Jan 21 2012 04:07:58       J.C. Penney,    P.O. Box 960090,
                 Orlando, FL 32896-0090
```

```
District/off: 0752-3          User: cshabez              Page 2 of 3                 Date Rcvd: Jan 20, 2012
                              Form ID: pdf006            Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13562729        E-mail/Text: bankruptcy@pb.com Jan 21 2012 02:14:40      Pitney Bowes,   P.O. Box 856042,
                 Louisville, KY 40285-6042
13562746        E-mail/PDF: gecsedi@recoverycorp.com Jan 21 2012 04:08:53      Wal-Mart,   P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14124501       Bank of America, c/o Sheryl A. Fyock, Latimer LeVa
13562708       F&R on Wheels
13562736       St. John Plumbing, Inc.
13562704     ##+Contractors Lien Services, Inc.,    6315 North Milwaukee Avenue,   Chicago, IL 60646-3760
                                                                                 TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2012**                 **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3                  Date Rcvd: Jan 20, 2012
                              Form ID: pdf006            Total Noticed: 60


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2012 at the address(es) listed below:
              Charles S. Stahl, Jr.    on behalf of Debtor Roland Harper cstahl@smbtrials.com
              Christina K Krivanek    on behalf of Creditor   Laborers' Pension and Welfare Funds, et al
               christinak@chilpwf.com, fundcounsel@gmail.com;vedranaa@chilpwf.com
              Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
              Elizabeth Z Mathieson    on behalf of Creditor   American Contractors Indemnity Co.
               emathieson@tresslerllp.com,
               chicagodocket@tresslerllp.com;rkooy@tresslerllp.com;hrose@tresslerllp.com
              Jose G Moreno    on behalf of Creditor   CITIMORTGAGE, INC. nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Steven J Brody    on behalf of Debtor Roland Harper steve@sjbrodylaw.com, heather@sjbrodylaw.com
                                                                                             TOTAL: 8
```