UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HARPER, ROLAND | § | Case No. 09-70607 |
| AQUIRRE HARPER, DONNA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) <br><br> PRIOR CHAPTER <br>   ADMIN. FEES AND CHARGES (from **Exhibit 5**) <br><br>   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) <br> GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                                   Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America P.O. Box 539008 Atlanta, GA 30353-9008 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage P.O. Box 183040 Columbus, OH 43218-3040 | | | | | |
| | McHenry County Collector Office of Assessments 2200 N. Seminary Avenue Woodstock, IL 60098 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AICCO, Inc. P.O. Box 9045 New York, NY 10087-9045 | | | | | |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Airgas P.O. Box 802588 Chicago, IL 60680-2588 | | | | | |
| | BHFX, LLC 80 West Seegers Road Arlington Heights, IL 60005 | | | | | |
| | Caterpillar Financial Services Corp 2120 West End Avenue P.O. Box 340001 Nashville, TN 37203-0001 | | | | | |
| | ComEd System Credit/Bankruptcy Dept. 2100 Swift Drive Oak Brook, IL 60523 | | | | | |
| | Comdata Network, Inc. c/o Jonathan Neil & Assoc. 1600 Gold Rd., Suite 1200 Rolling Meadows, IL 60008 | | | | | |
| | Consruction & Gen'l. Laborers' Dist. Counsel of Chicago 999 McClintock Dr., Suite 300 Burr Ridge, IL 60527 | | | | | |
| | Contractors Adjustment Co. 570 Lake Cook Road Suite 305 Deerfield, IL 60015 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Contractors Lien Services, Inc. 6315 North Milwaukee Avenue Chicago, IL 60646 | | | | | |
| | Digoivine Hnilo Hordan 184 Shuman Boulevard Naperville, IL 60563 | | | | | |
| | E. Garza Paving, Inc. 1110 Brookwood Street Bensenville, IL 60106 | | | | | |
| | F&R on Wheels | | | | | |
| | Finch & Barry Properties, L.L.C. 1305 Wiley Road Suite 106 Schaumburg, IL 60173 | | | | | |
| | HCC Surety Group 9841 Airport Boulevard 9th Floor Los Angeles, CA 90045 | | | | | |
| | Hard Rock Concrete Cutters, Inc. 601 Chaddick Drive Wheeling, IL 60090 | | | | | |
| | IUOE Local 150 Admin. Dues P.O. Box 94427 Chicago, IL 60690-4427 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J.L. Simonelli & Sons Excavating 1433 Raymond La Grange Park, IL 60526 | | | | | |
| | John Deere Credit 6400 NW 86th Street P.O. Box 6600 Johnston, IA 50131-6600 | | | | | |
| | Jones & Co. 1601 East Main Street Saint Charles, IL 60174 | | | | | |
| | Laborers' Pension and Welfare Funds 11465 West Cermak Road Westchester, IL 60154-5768 | | | | | |
| | Local Union No. 150 Interntl. Union Operating Engineers 6200 Joliet Road Countryside, IL 60525 | | | | | |
| | MBL Recycling, Inc. 630 South Hicks Road Palatine, IL 60067 | | | | | |
| | Meyer Material Co. 75 Remittance Drive Suite 3115 Chicago, IL 60675-3115 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Operating Engineers Fringe Benefit Funds 6150 Joliet Road Countryside, IL 60525 | | | | | |
| | Noel Ramos Construction Co., Inc. 143 Paramount Drive Wood Dale, IL 60191 | | | | | |
| | Osco, Inc. P.O. Box 70 Lemont, IL 60439-0070 | | | | | |
| | PTK Pena, LLC 177 Gregory M. Sears Drive Gilberts, IL 60136 | | | | | |
| | Pitney Bowes P.O. Box 856042 Louisville, KY 40285-6042 | | | | | |
| | Reliance Plumbing, Sewer & Drainage 1848 Techny Court Northbrook, IL 60062 | | | | | |
| | St. John Plumbing, Inc. | | | | | |
| | Super Aggregate 5435 Bull Valley Road Suite 330 McHenry, IL 60073 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Target National Bank P.O. Box 59317 Minneapolis, MN 55459-0317 | | | | | |
| | The Hartford P.O. Box 2907 Hartford, CT 06104-2907 | | | | | |
| | The Thollander Law Firm, Ltd. 1048 Ogden Avenue Suite 200 Downers Grove, IL 60515 | | | | | |
| | United Rentals P.O. Box 100711 Atlanta, GA 30384-0711 | | | | | |
| | VEOLIA Environmental Services 4612 West lake Street Melrose Park, IL 60160 | | | | | |
| | VINAKOM 860 Remington Road Schaumburg, IL 60173 | | | | | |
| | Village of Schaumburg 101 Schaumburg Court Schaumburg, IL 60193 | | | | | |
| | Waterbury Lane, LLC 133 East Schaumburg Road Schaumburg, IL 60193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Side Tractor Sales 1400 West Ogden Avenue Naperville, IL 60563 | | | | | |
| | Word Processing Industries, Inc. 4545 N. Ravenswood Ave. Chicago, IL 60640 | | | | | |
| | Yellow Pages P.O. Box 111455 Carrollton, TX 75011-1455 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | BANK OF AMERICA | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |
| 000008 | GE MONEY BANK | | | | | |
| 000009 | GE MONEY BANK | | | | | |
| 000010 | GE MONEY BANK | | | | | |
| 000011 | JAMES T. ROHLFING & ASSOCIATES, P.C | | | | | |
| 000003 | M2 LOGISTICS, INC. | | | | | |
| 000004 | OSCO, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PIRTEK HOSE & ASSEMBLIES | | | | | |
| 000005 | VULCAN MATERIAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 09-70607 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HARPER, ROLAND | Date Filed (f) or Converted (c): | 02/24/09 (f) |
| | AQUIRRE HARPER, DONNA | 341(a) Meeting Date: | 04/01/09 |
| For Period Ending: 04/17/12 | | Claims Bar Date: | 08/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence, 1391 Westbourne Parkway, Algonquin, IL | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account #5308378396, Bank of America | 260.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings account #4404466536, Bank of America | 575.00 | 0.00 | DA | 0.00 | FA |
| 5. Miscellaneous used items of furniture and furnishi | 750.00 | 0.00 | | 6,500.00 | FA |
| 6. Miscellaneous casual and business apparel Location | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Term life insurance policy, American Family Life I | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Bert Bell/Pete Rozelle NFL Player Retirement Plan | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 9. IRA with Fidelity Investment Company | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 10. IRA with Fidelity Investment Company | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2003 Lincoln Navigator with 100,000 miles Location | 6,600.00 | 0.00 | DA | 0.00 | FA |
| 12. 2007 Harley-Davidson Ultra Classic Location: 1391 | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.42 | | 0.45 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $412,725.00 | $0.42 | | $6,500.45 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recently submitted the final report for filing.

Initial Projected Date of Final Report (TFR): 12/01/11    Current Projected Date of Final Report (TFR): 12/01/11

LFORM1    Ver: 16.06a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-70607 -MLB | |
| Case Name: | HARPER, ROLAND | |
| | AQUIRRE HARPER, DONNA | |
| Taxpayer ID No: | *******9178 | |
| For Period Ending: | 04/17/12 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL M. DONAHUE | |
| Bank Name: | Bank of America, NA | |
| Account Number / CD #: | *******3736  MONEY MARKET | |
| Blanket Bond (per case limit): | $ 1,500,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/29/11 | 5 | ROLAND HARPER<br>1391 WESTBOURNE PKWY<br>ALGONQUIN, IL 60102-6052 | | 1129-000 | 6,500.00 | | 6,500.00 |
| 05/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,500.05 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | 2300-000 | | 5.56 | 6,494.49 |
| 06/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,494.54 |
| 07/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,494.59 |
| 08/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,494.65 |
| 09/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,494.70 |
| 10/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,494.76 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.27 | 6,486.49 |
| 11/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,486.54 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.00 | 6,478.54 |
| 12/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,478.59 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.99 | 6,470.60 |
| 01/19/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 6,470.63 |
| 01/19/12 | | Transfer to Acct #*******3945 | Bank Funds Transfer | 9999-000 | | 6,470.63 | 0.00 |
| | | | | Page Subtotals | 6,500.45 | 6,500.45 | |

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-70607 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | HARPER, ROLAND | | Bank Name: | Bank of America, NA |
| | AQUIRRE HARPER, DONNA | | Account Number / CD #: | *******3736 MONEY MARKET |
| Taxpayer ID No: | *******9178 | | | |
| For Period Ending: | 04/17/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS | 6,500.45 | 6,500.45 | 0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 6,470.63 | |
|  |  |  | Subtotal | 6,500.45 | 29.82 | |
|  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  |  | Net | 6,500.45 | 29.82 | |

Page Subtotals 0.00 0.00

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-70607 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | HARPER, ROLAND | | Bank Name: | CONGRESSIONAL BANK |
| | AQUIRRE HARPER, DONNA | | Account Number / CD #: | *******3945 GENERAL CHECKING |
| Taxpayer ID No: | *******9178 | | | |
| For Period Ending: | 04/17/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3736 | Bank Funds Transfer | 9999-000 | 6,470.63 | | 6,470.63 |
| 02/23/12 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Expense | 2100-000 | | 1,400.04 | 5,070.59 |
| 02/23/12 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,000.00 | 3,070.59 |
| 02/23/12 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 363.48 | 2,707.11 |
| 02/23/12 | 000103 | Bank of America<br>c/o Sheryl A Fyock<br>55 West Monroe St., Suite 1100<br>Chicago IL 60603 | Claim 000001, Payment 0.4% | 7100-000 | | 2,442.77 | 264.34 |
| 02/23/12 | 000104 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 0.4% | 7100-000 | | 18.59 | 245.75 |
| 02/23/12 | 000105 | Vulcan Material<br>1000 East Warrenville Road<br>Suite 100<br>Naperville, IL 60563 | Claim 000005, Payment 0.4% | 7100-000 | | 125.33 | 120.42 |
| 02/23/12 | 000106 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 0.4% | 7100-000 | | 28.57 | 91.85 |
| 02/23/12 | 000107 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 0.4% | 7100-000 | | 9.09 | 82.76 |
| 02/23/12 | 000108 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 0.4% | 7100-000 | | 4.71 | 78.05 |
| | | | Page Subtotals | | 6,470.63 | 6,392.58 | |

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2** Page: 4
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| Case No: | 09-70607 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HARPER, ROLAND | Bank Name: | CONGRESSIONAL BANK |
| | AQUIRRE HARPER, DONNA | Account Number / CD #: | *******3945 GENERAL CHECKING |
| Taxpayer ID No: | *******9178 | | |
| For Period Ending: | 04/17/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD |
| | | | | | Deposits ($) | Disbursements ($) | Balance ($) |
| 02/23/12 | 000109 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000010, Payment 0.4% | 7100-000 | | 5.65 | 72.40 |
| 02/23/12 | 000110 | James T. Rohlfing & Associates, P.C.<br>211 W. Wacker Drive, Suite 1200<br>Chicago, IL 60606 | Claim 000011, Payment 0.4% | 7100-000 | | 72.40 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,470.63 | 6,470.63 | 0.00 |
| Less: Bank Transfers/CD's | 6,470.63 | 0.00 | |
| Subtotal | 0.00 | 6,470.63 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,470.63 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********3736 | 6,500.45 | 29.82 | 0.00 |
| GENERAL CHECKING - ********3945 | 0.00 | 6,470.63 | 0.00 |
| | 6,500.45 | 6,500.45 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 78.05

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*